THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs JAREK MOLSKI
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

WILLIAM L. MARDER (State Bar No. 170131)
PAXTON ✦ O'BRIEN LLP
350 Fifth Street
Hollister, CA 95023
Telephone:   831/637-5521

Attorneys for Defendants THE TWO YOUTHS, INC.,
and THE TWO YOUTHS, LLC., dba RAPAZZINI WINERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RAPAZZINI WINERY; THE TWO YOUTHS, INC., a California corporation; and THE TWO YOUTHS, LLC., a California limited liability company, dba RAPAZZINI WINERY,<br><br>    Defendants. | **CASE NO. C 04-1881 PVT**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain

1  jurisdiction over enforcement of the Agreement. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511
2  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of
3  settlement agreements).
4      Therefore, IT IS HEREBY STIPULATED by and between parties to this action
5  through their designated counsel that the above-captioned action be and hereby is dismissed
6  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
7      This stipulation may be executed in counterparts, all of which together shall constitute
8  one original document.

10  Dated: February 8, 2006          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

13                                  By: ____/s/_____
                                    Jennifer L. Steneberg
                                    Attorneys for Plaintiffs JAREK MOLSKI and
14                                  DISABILITY RIGHTS ENFORCEMENT,
                                    EDUCATION SERVICES

16  Dated: September 14, 2005       PAXTON ♦ O'BRIEN LLP

18                                  By: ____/s/_____
                                    William L. Marder
                                    Attorneys for Defendants THE TWO YOUTHS,
19                                  INC., and THE TWO YOUTHS, LLC., dba
                                    RAPAZZINI WINERY

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 2/9, 2006

*[signature]*
Patricia V. Trumbull
United States Magistrate Judge